634

Prudential Life Insurance Company of America, appellee, v. Arnold Fenner et al., defendants, on appeal of Arnold Fenner, appellant. Gen. No. 36,050.

Opinion filed May 24, 1933.

Rehearing denied June 7, 1933.

A. F. W. Siebel, for appellant. Joseph F. Elward, for appellee.

Mr. Justice Hall delivered the opinion of the court.

Morris I. Kaplan v. Ida D. Burt, on appeal of Paul Broccolo, conservator of the estate of Ida D. Burt, insane, appellant, v. Morris I. Kaplan and Central Republic Bank & Trust Company, appellees. Gen. No. 36,068.

Opinion filed May 24, 1933. Rehearing denied June 7, 1933.

Maximilian J. St. George, for appellant. John B. Fruchtl, for appellee Morris I. Kaplan, and Poppenhusen, Johnston, Thompson & Cole, for other appellee; Edward J. Fleming, of counsel.

Mr. Justice Hall delivered the opinion of the court.

Irving Sudin, a minor, by Hyman Sudin, his next friend, appellee, v. Banks Linen Supply Company, appellant. Gen. No. 36,090.

Opinion filed May 24, 1933.

Leopold Saltiel, for appellant. Philip Rosenthal and Stuart B. Krohn, for appellee.

Mr. Justice Hall delivered the opinion of the court.

May Wang, appellee, v. Ajax Auto Company and Warner Bros. Theatres, on appeal of Ajax Auto Company, appellant. Gen. No. 36,108.

Opinion filed May 24, 1933.

Martin G. Loeff, for appellant; Hyman Reeder, of counsel. McGilvray, Eames, Vaughan & Tilley, for appellee; Franklin E. Vaughan, of counsel.

Mr. Justice Hall delivered the opinion of the court.